# Third District Court of Appeal

## State of Florida

Opinion filed December 8, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-719
Lower Tribunal No. 12-7800-CC
_____

## United Automobile Insurance Company,
Appellant,

vs.

## I & A Medical Center, Inc., a/a/o David D. Nunez,
Appellee.

An Appeal from the County Court for Miami-Dade County, Lawrence D. King, Judge.

Michael J. Neimand, for appellant.

Corredor & Husseini, P.A., and Maria E. Corredor, for appellee.

Before FERNANDEZ, C.J., and LOGUE, and BOKOR, JJ.

PER CURIAM.

United Automobile Insurance Company appeals the trial court's final judgment, entered without conducting an evidentiary hearing, awarding attorney's fees and costs. We reverse and remand with instructions to conduct an evidentiary hearing on the authority of <u>United Auto. Ins. Co. v. Prof'l Med. Group, Inc.</u>, 318 So. 3d 1261 (Fla. 3d DCA 2021).

Reversed and remanded with instructions.